June 29, 1984.

481 A.2d 361

Commonwealth v. Beck, Appellants.

Reargument Denied Sept. 4, 1984.

Submitted April 10, 1984. Claude V. Falkenhan, for appellants; David L. Cook, District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

The judgments of sentence are vacated and these matters are remanded for resentencing. Jurisdiction is relinquished.

POPOVICH, J., concurred in the result.

ROWLEY, J., noted his dissent.